**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** <br><br> Applicant, <br><br> v. <br><br> **MCDONALD'S USA, LLC,** <br><br> Respondent. | 15-mc-322 (CM) <br><br> ECF Case <br><br> **RESPONDENT MCDONALD'S USA, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondent McDonald's USA, LLC certifies that McDonald's USA, LLC is a wholly-owned subsidiary of McDonald's Corporation. McDonald's Corporation has no parent corporations or publicly held companies that own ten percent (10%) or more of it.

Dated: October 26, 2015

Respectfully submitted,

s/ Willis Goldsmith
Willis J. Goldsmith
Doreen S. Davis (*pro hac vice* pending)
Ian Samuel
Joshua Grossman
JONES DAY
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306
wgoldsmith@jonesday.com
ddavis@jonesday.com
isamuel@jonesday.com
jgrossman@jonesday.com

Jonathan M. Linas (*pro hac vice* pending)
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Tel: 312.269.4245
Fax: 312.782.8585
jlinas@jonesday.com

*Attorneys for McDonald's USA, LLC*