# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-8330
JGROSSMAN@JONESDAY.COM

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED FILED: 10/27/15]

October 26, 2015

**MEMO ENDORSED**

*[Handwritten: Hearing is scheduled for Wednesday 10/28/15 @ 2:00 P.M. NOT Thursday. Colleen McMahon 10/27/15]*

VIA ECF

The Honorable Judge Colleen
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

Re:  *National Labor Relations Board v. McDonald's USA, LLC*, Case No. 1:15-mc-00322-P1

Dear Judge McMahon:

The undersigned is counsel to McDonald's USA, LLC in Case No. 1:15-mc-00322-P1. Pursuant to the rules of this Court, http://www.nysd.uscourts.gov/pro_hac.php, two partners from Jones Day, Ms. Doreen Davis and Mr. Jonathan Linas, request the opportunity to file for admission *Pro Hac Vice* by oral motion immediately prior to the hearing in this case scheduled for Thursday October 29, 2015 at 2:30 p.m.

While Ms. Davis and Mr. Linas have requested current certificates of good standing from each state court in which they are a member of the bar, given the expedited nature of this proceeding, they do not anticipate receiving those certificates in time to make a written motion before Thursday. Ms. Davis and Mr. Linas will bring completed Proposed Orders for Admission *Pro Hac Vice* on oral motion to Court on Thursday.

Thank you for your consideration of this request.

Very truly yours,

s/ Joshua Grossman

Joshua Grossman
JONES DAY
222 East 41st Street
New York, New York 10017
jgrossman@jonesday.com

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON