

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

REGION 2
26 Federal Plaza, Suite 3614
New York, NY 10278-3699

Agency Website:
www.nlrb.gov
Telephone: (212) 264-0300
Fax: (212) 264-2450

October 27, 2015

**Via ECF**

The Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

        Re:    NLRB v. McDonald's USA, LLC.
              Case No. 1:15-mc-322-P1(CM)

Dear Judge McMahon:

      As counsel for the Applicant, and pursuant to Section IV.H of your Individual Practices and Procedures and Local Civil Rules 5.2(b) and 7.1(d), I submit this letter-motion for clarification as to the hearing date and time in the above-captioned matter. On October 2, 2015, Judge Laura Taylor Swain issued an Order to Show Cause directing that Respondent appear before your Honor on October 29, 2015 at 2:30 p.m. in Courtroom 17C, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007. On October 27, 2015, you handwrote and signed the Respondent's request for the opportunity to file for admission *Pro Hac Vice* by oral motion and stated, "Hearing is scheduled for Wednesday 10/28/15 @ 2:00 P.M. <u>NOT</u> Thursday." In light of the foregoing, I am respectfully asking you to confirm that your handwritten note is meant to supersede the previous Order. Thank you for your consideration.

                      Yours truly,

                      /s James C. Rucker (JR 6767)

                      Counsel for Applicant

cc: Willis J. Goldsmith, Esq., counsel for Respondent [via e-mail at wgoldsmith@jonesday.com]