# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-8330
JGROSSMAN@JONESDAY.COM

MEMO ENDORSED  October 26, 2015

VIA ECF

The Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

*[Handwritten: 10/28/15  No problem  Colleen McM]*

Re: *National Labor Relations Board v. McDonald's USA, LLC*, Case No. 1:15-mc-00322-P1

Dear Judge McMahon:

The undersigned is counsel to McDonald's USA, LLC in Case No. 1:15-mc-00322-P1. Pursuant to the rules of this Court, http://www.nysd.uscourts.gov/pro_hac.php, two partners from Jones Day, Ms. Doreen Davis and Mr. Jonathan Linas, request the opportunity to file for admission *Pro Hac Vice* by oral motion immediately prior to the hearing in this case scheduled for Thursday October 29, 2015 at 2:30 p.m.

While Ms. Davis and Mr. Linas have requested current certificates of good standing from each state court in which they are a member of the bar, given the expedited nature of this proceeding, they do not anticipate receiving those certificates in time to make a written motion before Thursday. Ms. Davis and Mr. Linas will bring completed Proposed Orders for Admission *Pro Hac Vice* on oral motion to Court on Thursday.

Thank you for your consideration of this request.

Very truly yours,

s/ Joshua Grossman

Joshua Grossman
JONES DAY
222 East 41st Street
New York, New York 10017
jgrossman@jonesday.com

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/28/15]*

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON