

**United States Government**

**NATIONAL LABOR RELATIONS BOARD**

Region 2

26 Federal Plaza – Room 3614

New York, New York 10278-0104

| | |
|---|---|
| Telephone: | 202-273-3848 |
| Facsimile: | 212-264-2450 |

October 30, 2015

Judge Colleen McMahon
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    N.L.R.B. v. McDonald's USA, LLC
              15–MC–322–P1 (CM)

Dear Judge McMahon:

I write to seek clarification regarding whether the NLRB should ECF-file a public (redacted) version of the NLRB's Reply in support of its enforcement petition and the supporting Declaration of James Rucker.

Pursuant to the Court's instructions in Docket #24, on the afternoon of Thursday, October 29, the NLRB provided unredacted copies of the Reply and Declaration to the Court and to counsel for McDonald's.

Counsel seeks guidance from the Court regarding whether public (redacted) copies of these documents should be ECF-filed.

        Very truly yours,

        /s/ Rachel V. See
        Counsel for NLRB


cc:    Willis J. Goldsmith, Esq.
        Doreen S. Davis, Esq.
        Jonathan Linas, Esq.
        Joshua M. Grossman, Esq.